**Stay Lifted; and Petition for Writ of Mandamus Denied and Opinion filed September 10, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00404-CV**

---

**IN RE THE ESTATE OF VIRGINIA HUTCHINGS AND RANDALL PATTERSON, INDEPENDENT EXECUTOR, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. 2017-12**

## MEMORANDUM OPINION

On Wednesday, June 5, 2024, relator Randall Patterson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Eric Berg, presiding judge of the County Court at Law of Washington County, to vacate

his December 14, 2023 and May 7, 2024 orders compelling relator to deposit Transamerica Premier Life Instance Company annuity funds into the registry of the court. In addition, relator seeks to obtain the cost of appeal. Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift this court's June 10, 2024 stay order.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.